## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

ADDIE HUNINGTON, o/b/o  :
LUTHER LEE HUNINGTON,
                                                :
    Plaintiff,
                                                :
vs.                                             CA 08-0688-WS-C
                                                :
MICHAEL J. ASTRUE,
Commissioner of Social Security, :

    Defendant.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 13, 2009, is **ADOPTED** as the opinion of this Court.

**DONE** this 28th day of July, 2009.

     s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**