## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

ADDIE HUNINGTON, o/b/o :
LUTHER LEE HUNINGTON,
:
    Plaintiff,
:
vs.                              CA 08-0688-WS-C
:
MICHAEL J. ASTRUE,
Commissioner of Social Security, :

    Defendant.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying claimant benefits be affirmed.

**DONE** this 28th day of July, 2009.

     s/WILLIAM H. STEELE
    **UNITED STATES DISTRICT JUDGE**